Argued and submitted April 7, reversed and remanded for reconsideration April 29, 1998

In the Matter of the Compenation of
Donald Converse, Claimant.

Donald CONVERSE,
*Petitioner,*

*v.*

TUBE SPECIALISTS CO.
and Liberty Northwest Insurance Corporation,
*Respondents.*

(96-07686; CA A99015)

957 P2d 202

Judicial Review from Workers' Compensation Board.

Brett E. Engel argued the cause for petitioner. With him on the brief was Neil Jackson & Partners.

Alexander D. Libmann argued the cause and filed the brief for respondents.

Before De Muniz, Presiding Judge, and Haselton and Linder, Judges.

PER CURIAM

Reversed and remanded for reconsideration in light of *Redman Industries, Inc. v. Lang,* 326 Or 32, 943 P2d 208 (1997).